1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500

Counsel for Defendant DORIAN WALLS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-04 40198 SBA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | CONTINUING STATUS CONFERENCE |
| DORIAN WALLS, | ) | |
| Defendant. | ) | |

Dorian Walls is scheduled to make his initial appearance before this Court on a pending supervised release violation petition on Tuesday, July 7, 2009. Defense counsel will be in Peru preparing for trial in another matter on that date. In addition, the probation officer has informed defense counsel that the District Attorney intends to file charges in the case that is the basis for the supervised release petition, and Mr. Walls intends to make his appearances in that case.

For these reasons, IT IS STIPULATED AND AGREED that this matter may be continued to July 28, 2009.

SO STIPULATED.

STIP/ORD                                 1

1
2  Dated: June 30, 2009                              _____/S/_____
                                                    JEROME E. MATTHEWS
3                                                   Assistant Federal Public Defender

4
5  Dated: June 30, 2009                              _____/S/_____
                                                    JOSHUA HILL
6                                                   Assistant United States Attorney

7  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
   "conformed" signature (/S/) within this e-filed document.
8

9

10         Based on the reasons provided in the stipulation of the parties above, the Court hereby

11 FINDS that there is good cause to continue the status conference in this matter to July 28, 2009.

12         Based on these findings, IT IS HEREBY ORDERED that the status conference presently

13 set for July 7, 2009 be continued to July 28, 2009.

14         IT IS SO ORDERED.

15

16 Dated:   July 6, 2009                            _____
                                                    SAUNDRA BROWN ARMSTRONG
17                                                  United States District Judge

18

19

20

21

22

23

24

25

26

STIP/ORD                                2