1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JOSHUA HILL (CABN 250842)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3740
7       Facsimile:  (510) 637-3724
        E-Mail:     Joshua.Hill2@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                 OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        )  No. CR-04-40198 SBA
                                      )
14 |         Plaintiff,                )  STIPULATION AND ORDER TO
                                      )  CONTINUE STATUS CONFERENCE
15 |     v.                            )  AND EXCLUDE TIME UNDER THE
                                      )  SPEEDY TRIAL ACT
16 | DORIAN WALLS,                    )
                                      )
17 |         Defendant.                )
                                      )

18

19      IT IS HEREBY STIPULATED AND AGREED between the plaintiff through its

20 attorney, Joshua Hill, and the defendant through his attorney, Jerome Matthews, that the

21 supervised release revocation hearing presently set for October 6, 2009, be continued to

22 November 10, 2009 at 10:00 a.m.  The request for a continuance is due to the Fresno County

23 District Attorney's Office decision to prosecute Mr. Walls for the underlying conduct leading to

24 the Form 12.  The United States Probation Officer agrees with the need for a continuance.  A

25 waiver under the Speedy Trial Act is not required.

26 ///

27 ///

28 ///

1 | IT IS SO STIPULATED:

2 | Dated: September 28, 2009

/S/
JEROME MATTHEWS
*Attorney for Walls*

5 | Dated: September 28, 2009

/S/
JOSHUA HILL
Assistant United States Attorney

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the hearing in this matter now scheduled for October 6, 2009 is hereby rescheduled for November 10, 2009 at 10:00 a.m.

DATED: September 30, 2009

HONORABLE SAUNDRA B. ARMSTRONG
United States District Court Judge